| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

LUIS JOEL GONZALEZ-PENA, #14613-078 §
§
*versus* § CIVIL ACTION NO. 4:14-CV-745
§ CRIMINAL ACTION NO. 4:12-CR-187(1)
UNITED STATES OF AMERICA §

**ORDER**

The above-entitled and numbered civil action was referred to a United States Magistrate Judge, who issued a Report and Recommendation concluding that Movant's motion for summary judgment should be denied. Movant did not file objections. Having reviewed the Report and Recommendation, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is therefore

**ORDERED** that Movant's Motion for Summary Judgment (#9) is **DENIED**.

SIGNED at Beaumont, Texas, this 29th day of December, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE